Scott R. Shewan - CA State Bar No. 119085
**BORN, PAPE & SHEWAN, L.L.P.**
642 Pollasky Ave, Suite 200
Clovis, California  93612
(559) 299-4341
(559) 299-0920 Fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO DIVISION)

| | |
|---|---|
| JEAN BOUTY, an individual, | Case No.  1:07-CV-00270-LJO-NEW |
| Plaintiff, | **NOTICE OF DISMISSAL AND ORDER THEREON** |
| v. | |
| UNITED STATES MONEY RESERVE, a Texas corporation, dba UNITED STATES RARE COIN AND BULLION RESERVE; RAY BUSBY, an individual; RON BUSBY, an individual; FRANK CAPUANO, an individual; and TONY CARIFE, an individual, | |
| Defendants. | |

Plaintiff Jean Bouty hereby dismisses the above referenced action, with prejudice, as to the following persons:

United States Money Reserve dba United States Rare Coin and Bullion Reserve

Ron Busby

Frank Capuano

Tony Carife

1

NOTICE OF DISMISSAL AND ORDER THEREON

Plaintiff Jean Bouty hereby dismisses the above referenced action, without prejudice, as to the following person:

Ray Busby

Dated: April 20, 2007                                    BORN, PAPE & SHEWAN, LLP


_/s/_____
Scott R. Shewan, Attorneys for Plaintiff
Jean Bouty


## ORDER

At the request of the Plaintiff, and no responsive pleading having been filed,

IT IS ORDERED that the within action is dismissed with prejudice as to Defendants United States Money Reserve dba United States Rare Coin and Bullion Reserve; Ron Busby; Frank Capuano; and Tony Carife; and

IT IS FURTHER ORDERED that the within action is dismissed without prejudice as to Defendant Ray Busby.

IT IS SO ORDERED.

**Dated:   April 24, 2007**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2

NOTICE OF DISMISSAL AND ORDER THEREON